applied for permission to serve their notice of claim within 10 months of its accrual, well within the 1 year, 90-day limitations period *(see,* General Municipal Law § 50-i). Claimants persuasively contend that it was first revealed that respondents assumed certain responsibilities for removal and trimming of the foliage along Transit Road pursuant to contracts entered into with the County of Orleans following their investigation of the accident. Immediately upon discovery of those facts, claimants made their application. Under those circumstances, claimants proffered a reasonable excuse for the delay *(see, Matter of Cannistra v Town of Putnam Val., supra; Fox v City of New York,* 91 AD2d 624, 625). Respondents made no persuasive showing that the delay caused them substantial prejudice. While the exact conditions of the accident scene cannot be reconstructed, claimants correctly note that precise reconstruction could not have been effected had the claim been timely served *(see, Matter of Harris v Dormitory Auth.,* 168 AD2d 560). Moreover, given the extensive publicity and news media coverage of the fatal accident giving rise to the claim, including the existence of a videotape of the accident scene made on the date the accident occurred, we perceive no deprivation to respondents of the opportunity to conduct an investigation of the essential facts constituting the claim. (Appeals from Order of Supreme Court, Orleans County, Gorski, J.—Late Notice of Claim.) Present—Callahan, J. P., Boomer, Green, Fallon and Davis, JJ.

◼ In the Matter of SHARI R. COHEN, Respondent, v DAVID R. HOOTNICK, Appellant. In the Matter of DAVID HOOTNICK, Appellant, v SHARI R. COHEN, Respondent. SHARI R. COHEN, Respondent, v DAVID R. HOOTNICK, Appellant. (Appeal No. 1.) —Appeal from order insofar as it granted judgment to Shari R. Cohen unanimously dismissed without costs *(see, Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566) and otherwise order affirmed. (Appeal from Order of Onondaga County Family Court, McLaughlin, J.—Child Support.) Present—Callahan, J. P., Boomer, Green, Fallon and Davis, JJ.

◼ In the Matter of SHARI R. COHEN, Respondent, v DAVID R. HOOTNICK, Appellant. In the Matter of DAVID HOOTNICK, Appellant, v SHARI R. COHEN, Respondent. SHARI R. COHEN, Respondent, v DAVID R. HOOTNICK, Appellant. (Appeal No. 3.) —Appeal unanimously dismissed without costs *(see, Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566). (Appeal from Order of Onondaga County Family Court, McLaughlin, J. —Counsel Fees.) Present—Callahan, J. P., Boomer, Green, Fallon and Davis, JJ.